JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV 89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAKEEF RENE-HORTON COOPER,<br><br>Defendant. | ) | Case no: 2:25-cr-240-GMN-BNW |

**<u>STIPULATION AND ORDER TO CONTINUE HEARING</u>**

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant LAKEEF RENE-HORTON COOPER and TINA SNELLINGS, Assistant United States Attorney, that hearing currently scheduled for September 22, 2026, be vacated and reset.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out of custody client and he has no objection to the request for continuance.
2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense is in trial in the matter of *State v. Hart*, *C-26-397572-2*. We will be done in approximately two weeks and will be dark the days of September 25, 2026 and September 28, 2026.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Hearing.

This is the first request for continuance filed herein.

DATED: September 20, 2026,

_/S/Jess R. Marchese
JESS R MARCHESE, ESQ.
601 S. Rancho Dr. B-14
Las Vegas, Nevada 89106
Attorney for Defendant

_/S/ Tina Snellings
TINA SNELLINGS, ESQ.
Assistant United States Attorney
501 LV Blvd. South. #1100
Las Vegas, Nevada 89101

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV 89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAKEEF RENE-HORTON COOPER,<br><br>Defendant. | Case no: 2:25-cr-240-GMN-BNW |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.
2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense is in trial in the matter of *State v. Hart*, *C-26-397572-2*. We will be done in approximately two weeks and will be dark the days of September 25, 2026 and September 28, 2026.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Hearing.

This is the first request for continuance filed herein.

**ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for September 22, 2026, be continued to the **9th** day of **October**, **2026** at **11:00 AM** _, in courtroom **3B**.

DATED this **21st** day of **September**, 2026.

______________________________
**U.S. MAGISTRATE JUDGE**